**AFFIDAVIT OF SERVICE**

Index #: 18-cv-4334(JS)(ARL)
Date Filed: August 1, 2018
AOS Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ATTORNEY(S): Covington & Burling LLP Teresa Lewi, Esq.
ADDRESS: 620 Eighth Avenue New York, NY 10018 PH: (212) 841-1000
File No.:

**GERARD KELLY,**
*Plaintiff*
vs
**INCORPORATED VILLAGE OF GARDEN CITY,**
*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:
ELHAM SHATARA, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On August 7, 2018 at 11:22 AM at 351 STEWART AVE, GARDEN CITY, NY 11530, deponent served the within **Summons in A Civil Action, Complaint for Injunctive Relief with Exhibit A, Civil Cover Sheet, Individual Motion Practices of Honorable Joanna Seybert (Amended January 20, 2016) and Individual Practices of Magistrate Judge Arlene R. Lindsay** with Index Number 18-cv-4334(JS)(ARL), and Date Filed August 1, 2018 endorsed thereon, on: **INCORPORATED VILLAGE OF GARDEN CITY**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Karen Altman - Village Clerk** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Female  Color of skin White  Color of hair Blonde  Age 51 - 65 Yrs.  Height 5ft4in - 5ft8in
Weight 131-160 Lbs.  Other Features: Glasses

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 9th day of August, 2018

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020

ELHAM SHATARA
Server's Lic #2067483
Work Order # 1111937

*Capital Process Servers, Inc. 265 Post Avenue, Ste. 150, Westbury, NY 11590 Tel 516-333-6380 Fax 516-333-6382*   NYC DCA Lic. # 1381942