UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                            :

GERARD KELLY,                         :    Case No. 18-cv-4334-JS

                Plaintiff,          :

            v.                               :

                                        :    **CERTIFICATE OF DEFAULT**

INCORPORATED VILLAGE OF GARDEN CITY, :

              Defendant.     :

                                        :
-------------------------------------------------------------- x

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Incorporated Village of Garden City has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Incorporated Village of Garden City is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: Brooklyn, New York                   DOUGLAS C. PALMER, Clerk of Court
        September __7__, 2018

                                                By:     /s/ James J. Toritto
                                                             Deputy Clerk