**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X  Case No. 18-cv-4334(JS)(ARL)

GERARD KELLY,

                          Plaintiff,

    -against-                               **NOTICE OF APPEARANCE**

INCORPORATED VILLAGE OF GARDEN CITY,

                          Defendant.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the undersigned hereby enters an appearance as counsel of record in this Action on behalf of Defendant, INCORPORATED VILLAGE OF GARDEN CITY. The undersigned certifies that he is admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated:  Mineola, New York
         September 18, 2018

                                   **BEE READY FISHBEIN HATTER & DONOVAN, LLP**

                                   **By:**_____**/s/**_____
                                       Andrew K. Preston
                                 *Attorneys for Defendant, INCORPORATED VILLAGE OF GARDEN CITY*
                                 170 Old Country Road
                                 Mineola, New York 11501
                                 Tel. No.: (516) 746-5599
                                 Fax No.: (516) 746-1405
                                 apreston@beereadylaw.com
                                 File No.: 6821-1818