AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| GERARD KELLY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-4334(JS)(ARL) |
| INCORPORATED VILLAGE OF GARDEN CITY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel

for:   Gerard Kelly, Plaintiff   .

Date:   11/21/2018

/s/ Swati Prakash
*Attorney's signature*

Swati R. Prakash - EDNY Bar No. SP0495
*Printed name and bar number*

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
*Address*

sprakash@cov.com
*E-mail address*

(212) 841-1174
*Telephone number*

(212) 841-1010
*FAX number*