UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY** **DATE: 11/28/2018**
United States Magistrate Judge
**TIME: 1:50 pm**

**DOCKET NO: CV 18-4334 (JS)**

**CASE: Kelly v. Incorporated Village of Garden City**

__X__ INITIAL CONFERENCE
____ STATUS CONFERENCE                    BY TELEPHONE____
____ SETTLEMENT CONFERENCE
____ FINAL CONFERENCE
____ DISCOVERY CONFERENCE

APPEARANCES:     FOR PLAINTIFF:        FOR DEFENDANTS:
David A. Luttinger, Jr.   Deanna D. Panico
Teresa T. Lewi

**The following rulings were made:**

The matter is referred to the Court's Mediation program. Discovery, except what is necessary for mediation, is stayed pending the outcome of mediation.

SO ORDERED:
_____/s/_____