**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X     **Case No. 18-cv-4334(JS)(ARL)**

GERARD KELLY,

                                    Plaintiff,

              -against-                                                              **NOTICE OF APPEARANCE**


INCORPORATED VILLAGE OF GARDEN CITY,


                                    Defendant.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that the undersigned hereby enters an appearance as counsel

of record in this Action on behalf of Defendant, INCORPORATED VILLAGE OF GARDEN

CITY.  The undersigned certifies that he is admitted to practice in this Court.  All papers should

be served upon the undersigned at the mailing address listed below.

Dated: Mineola, New York
         December 20, 2018

                                                        **BEE READY FISHBEIN**
                                                        **HATTER & DONOVAN, LLP**


                                    **By:** _____/s/_____
                                                        Stephen L. Martir
                                                        *Attorneys for Defendant*
                                                        *Incorporated Village of Garden City*
                                                        170 Old Country Road
                                                        Mineola, New York 11501
                                                        Tel. No.: (516) 746-5599
                                                        Fax No.: (516) 746-1405
                                                        smartir@beereadylaw.com
                                                        File No.: 6821-1818