AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Gerard Kelly

        Plaintiff (s),

V.

Incorporated Village of Garden City

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-4334(JS)(ARL)

Notice is hereby given that, subject to approval by the court, __Incorporated Village of Garden City__ substitutes
(Party (s) Name)

__Paul Galligan, Esq.__, State Bar No. __2438224__ as counsel of record in
(Name of New Attorney)

place of __Michael P. Siravo, Stephen L. Martir, Andrew K. Preston, and Deanna D. Panico__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Seyfarth Shaw LLP |
| Address: | 620 Eighth Avenue, New York, NY 10018-1405 |
| Telephone: | (212) 218-5500    Facsimile (212) 218-5526 |
| E-Mail (Optional): | pgalligan@seyfarth.com |

I consent to the above substitution.

Date: 06/13/19

*[Signed: RALPH V. SUOZZI, VILLAGE ADMINISTRATOR]*
(Signature of Party (s))

I consent to being substituted.

Date: 6/13/19

*[Signatures]*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/13/19

*[Signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]