AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** New York

Gerard Kelly

Plaintiff(s),

V.

Incorporated Village of Garden City

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-4334(JS)(ARL)

Notice is hereby given that, subject to approval by the court, __Incorporated Village of Garden City__ substitutes
(Party (s) Name)

__John W. Egan, Esq.__, State Bar No. __4459046__ as counsel of record in
(Name of New Attorney)

place of __Michael P. Siravo, Stephen L. Martir, Andrew K. Preston, and Deanna D. Panico__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Seyfarth Shaw LLP

Address: 620 Eighth Avenue, New York, NY 10018-1405

Telephone: (212) 218-5500    Facsimile (212) 218-5526

E-Mail (Optional): jegan@seyfarth.com

I consent to the above substitution.

Date: 06/13/19

RALPH V. SUOZZI, VILLAGE ADMINISTRATOR

(Signature of Party (s))

I consent to being substituted.

Date: 6/13/19

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/13/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]