**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GERARD KELLY,

              Plaintiff,

vs.

INCORPORATED VILLAGE OF
GARDEN CITY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 2:18-cv-04334-JS-ARL

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John W. Egan, a partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant Incorporated Village of Garden City in the above-captioned matter. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
        June 18, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ John W. Egan*
    John W. Egan
    620 Eighth Avenue
    New York, New York 10018-1405
    Phone: 212.218.5291
    Fax: 212.218.5526
    jegan@seyfarth.com

*Attorneys for Defendant
Incorporated Village of Garden City*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    /s/ *John W. Egan*
John W. Egan